

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2025

No. 04-25-00823-CR

**IN RE** Jose Adan Gavarrette **GAMEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                  Lori Massey Brissette, Justice
                  Velia J. Meza, Justice

This court received relator's petition for writ of mandamus on December 22, 2025. The petition was not accompanied by a record. This court has reviewed the materials received and determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 31, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018-CR-12940-W1, styled *State of Texas v. Jose Adan Gavarrette Gamez*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.